NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY E. GOSSAGE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3217

---

Petition for review of the Merit Systems Protection Board in case no. SF3330110227-I-1.

---

## ON MOTION

---

## ORDER

Henry E. Gossage moves the court to deny the Department of Labor's motion to modify the official caption, request production of documents from several government agencies and to reopen previous court cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

HENRY GOSSAGE V. MSPB                                                    2

FOR THE COURT

 /s/ Jan Horbaly   
Jan Horbaly
Clerk

s26